UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTRELLA TORRES, United States of America, for the use and benefit of the foregoing ex rel and TONY WHEELER<br>        Plaintiffs,<br><br>v.<br><br>IAP WORLDWIDE SERVICES, INC., and READINESS MANAGEMENT SUPPORT, LC.<br>        Defendants. | **JUDGMENT**<br>No. 5:21-cv-00084-M |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 14, 2025 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on April 14, 2025, and Copies To:**
Andrew William Legg / Michael A. Kornbluth /(via CM/ECF Notice of Electronic Filing)
Haseeb S. Fatmi / Jefferson P. Whisenant/ Savannah Trimmer (via CM/ECF Notice of Electronic Filing)

April 14, 2025                    PETER A. MOORE, JR., CLERK

                                       /s/ Tyjuana Griffin
                                   (By) Tyjuana Griffin, Deputy Clerk